**MAINE**
COUNTY OF **YORK**

PREPARED BY: SETERUS, INC.
WHEN RECORDED MAIL TO: SETERUS, INC., 14523 SW MILLIKAN WAY, SUITE 200, BEAVERTON, OR 97005, PH. 1(866)570-5277

# ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR SUNTRUST MORTGAGE, INC., ITS SUCCESSORS AND ASSIGNS, located at P.O. BOX 2026, FLINT, MICHIGAN 48501-2026, Assignor, does hereby grant, assign, transfer, and set over unto FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, located at 14221 DALLAS PARKWAY, SUITE 1000, DALLAS, TX 75254, Assignee, its successors and assigns, all Assignor's interest in and to that certain Mortgage dated JANUARY 21, 2011, executed by JOHN C NOLAND, TIMOTHY L NOLAND, as Mortgagor(s), to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR SUNTRUST MORTGAGE, INC., ITS SUCCESSORS AND ASSIGNS, Original Mortgagee, and recorded in Book 16040 at Page 1 as Instrument No. 2011004356 in the office of the Register of Deeds in the County of YORK, State of MAINE.
TOGETHER with all rights accrued or to accrue to said Mortgage.
IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed this JANUARY 24, 2018.
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

RAE DUTTON, VICE PRESIDENT

STATE OF **IDAHO**    COUNTY OF **BONNEVILLE**    ) ss.

On **JANUARY 24, 2018**, before me, **MELANIE MENDOZA**, personally appeared **RAE DUTTON** known to me to be the **VICE PRESIDENT** of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

MELANIE MENDOZA (COMMISSION EXP. 07/21/2022)
NOTARY PUBLIC

MELANIE MENDOZA
NOTARY PUBLIC
STATE OF IDAHO

Page 1 of 1


EXHIBIT D