

DEBRA L. ANDERSON, REGISTER OF DEEDS
Bk 17708 PG 272
Instr # 2018016497
05/07/2018 11:15:29 AM
Pages 1    YORK CO

## Quitclaim Assignment

WHEREAS, **SunTrust Mortgage, Inc.**, is identified as the "Lender" on a certain mortgage executed by **John C Noland and Timothy L Noland**, and bearing the date of 01/21/2011, securing the property located at 1292 Foxes Ridge Rd, Acton, ME 04001, in the County of York and State of Maine and recorded in the York County Registry of Deeds in **Book: 16040 Page: 1, Doc No. 2011004356** (hereinafter the"Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of Lender and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to **Federal National Mortgage Association** ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

SunTrust Mortgage, Inc. by Seterus, Inc. its attorney in fact

Name: Joy Hikade
Title: Loan Administration Assistant Vice President

STATE OF OREGON
COUNTY OF WASHINGTON

Subscribed before me, on 04/13/2018, by Joy Hikade as Loan Administration Assistant Vice President of Seterus, Inc. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

Nathan James Rubow, Notary Public
My Commission Expires:



OFFICIAL STAMP
NATHAN JAMES RUBOW
NOTARY PUBLIC - OREGON
COMMISSION NO. 952049
MY COMMISSION EXPIRES AUGUST 10, 2020

107 First American Mortgage Solutions

EXHIBIT E